1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARTIN STANLEY IVIE,

                        Petitioner,

        v.

RON HAYNES,

                        Respondent.

No.  3:20-CV-5027-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge David W. Christel.  Dkt. 28.  The Court has considered the Report and Recommendation (Dkt. 29), objections to the Report and Recommendation (Dkt. 29), and the remaining record.

The Report and Recommendation (Dkt. 28) should be adopted.  The Respondent has responded to the Petitioner's petition.  Petitioner's objections are without merit.  They do not provide grounds to reject the Report and Recommendation.  The case should be re-referred to Magistrate Judge Christel for futher proceedings.

It is **ORDERED** that:

(1)     The Court adopts the Report and Recommendation (Dkt. 28).

(2)     Petitioner's Motion for Entry of Default Judgment (Dkt. 25) and request for injunctive relief (Dkt. 21) are denied.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3)    The case is re-referred to Magistrate Judge Christel for further proceedings.

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 30th day of  October, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2