UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARTIN STANLEY IVIE,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>RON HAYNES,<br><br>　　　　　　　　　　Respondent. | No.  3:20-CV-5027-RJB-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge David W. Christel.  Dkt. 33.  The Court has considered the Report and Recommendation (Dkt. 33), objections to the Report and Recommendation (Dkt. 34), and the remaining record.

Filed on November 25, 2020, the Report and Recommendation recommends that the Petitioner's habeas corpus petition be denied because he failed to exhaust his state court remedies, is procedurally barred from doing so, and did not show that his failures should be excused.  Dkt. 33.  It recommends that a certificate of appealabilty should not issue.  *Id.*

The Report and Recommendation (Dkt. 33) should be adopted, the petition denied, the certificate of appealability should not issue, and this case should be dismissed.  Petitioner's objections do not dispute that he has failed to exhaust his state court remedies as to all of his claims or that he is now procedurally barred from doing so.  Dkt. 34.  Instead, Petitioner argues that he is excused from failing to exhaust his state court remedies because he is actually innocent.  Dkt. 34.  He contends that the police deputies were never assaulted, the deputies'

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

version of events are refuted by "all forensic facts in real evidence," and that a juror has "sworn that [he] is innocent." *Id.*  Petitioner then attaches several pleadings to his objections, including previously filed declarations, a Traverse filed on August 27, 2020, and his own statement of the events (also filed on August 27, 2020).  *Id.*  Petitioner also attaches objections (Dkt. 29), which were filed in response to a prior Report and Recommendation (Dkt 28) in this case.  *Id.*

The Petitioner's objections (Dkt. 34) to the instant Report and Recommendation (Dkt. 33) do not provide grounds to reject it (Dkt. 33).  His assertions of actual innocence are addressed in the Report and Recommendation, along with majority of the attachments to his current objections.  The only remaining attachment - objections (Dkt. 29) filed regarding the previous Report and Recommendation (Dkt. 28) - have already been considered and rejected by this Court.  The Petitioner has failed to show that he is actually innocent.  The petition should be denied, the certificate of appealability should be denied and the case dismissed.

It is **ORDERED** that:

(1)   The Court **ADOPTS** the Report and Recommendation (Dkt. 33);

(2)   The petition **IS DENIED**;

(3)   A certificate of appealability **IS DENIED**; and

(4)   This case **IS DISMISSED**.

The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. David W. Christel.

**DATED** this 28th day of  December, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2